# Court of Appeals
# of the State of Georgia

ATLANTA,  June 28, 2018

*The Court of Appeals hereby passes the following order:*

## A18A1946.  ABDUL MALIK CHESNUT v. CAPITOL CITY BANK & TRUST et al.

In 2015, Abdul Malik Chesnut filed a complaint against Capitol City Bank and Trust ("Capitol City") in Fulton County superior court. The Federal Deposit Insurance Corporation ("FDIC") later intervened as the real party-in-interest, as it had been appointed receiver over Capitol City. The superior court eventually dismissed Capitol City from the case.  Chesnut filed several motions to set aside Capitol City's dismissal, which the superior court denied on May 22, 2017 and July 20, 2017. Chesnut filed a notice of appeal on September 22, 2017. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of an appealable order.  OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Here, Chesnut filed his notice of appeal more than 30 days after the trial court ruled on his motions to vacate. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  06/28/2018*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*